IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RANDY W. HOLT                                                                                    PLAINTIFF

      v.                                        Civil No. 04-2237

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                                                   DEFENDANT

## O R D E R

On this 2nd day of December, 2005, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge, dated November 9, 2005, the court finds that the magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff attorney fees and costs in the amount of $1,507.90, representing 9.10 hours of work at a rate of $144.00 per hour and $197.50 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

      IT IS SO ORDERED.

                                                  /s/ Robert T. Dawson
                                        HON. ROBERT T. DAWSON
                                        UNITED STATES DISTRICT JUDGE